IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-205-CV





TEXAS BORING AND TUNNELLING CORPORATION,



 APPELLANT


vs.





LEWIS CONTRACTORS, INC.,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT



NO. 475,335-A, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Joint Motion

Filed: November 3, 1993

Do Not Publish